IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00161-PSF-PAC

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

WELLSPRING PRODUCTS, LLC, a Texas limited liability company, and
KINGSLEY OHENHEN, a Canadian individual,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Wellspring Products LLC's Motion for Leave to Amend Its Answer and Counterclaims [filed May 22, 2006; Doc. No. 27] is denied without prejudice for failure to comply with L.R.7.1.A.

Dated:  May 24, 2006