IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00161-PSF-PAC

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

WELLSPRING PRODUCTS, LLC, a Texas limited liability company, and
KINGSLEY OHENHEN, a Canadian individual,

    Defendants.

_____

## MINUTE ORDER
_____

**Order entered by Magistrate Judge Patricia A. Coan**
June 16, 2006

    The matter now before the Court is Defendant and Counter-plaintiff Wellspring Products, LLC's *Motion for Leave to Amend Its Answer and Counterclaims*, Doc. # 31, pursuant to FED. R. CIV. P. 15(a), and to cause to be served a First Amended Answer, Affirmative Defenses and Counterclaims upon plaintiff and counter-defendant A Major Difference, Inc.

    Upon review of the motion and the response, the Court finds that, upon filing the motion, the deadline to amend pleadings had not passed. so that the liberal amendment standard of Rule 15(a), Fed. R. Civ. P applies.  Further, plaintiff may renew its response brief arguments in a motion to dismiss, filed in accordance with Judge Nottingham's procedures.  Accordingly, for the reasons stated and also finding good cause, it is hereby

    ORDERED that Defendant and Counter-plaintiff Wellspring Products, LLC's *Motion for Leave to Amend Its Answer and Counterclaims*, Doc. # 31, is GRANTED.  It is further

    ORDERED that Wellspring's First Amended Answer, Affirmative Defenses and Counterclaims, tendered on May 25, 2006 as Exhibit 1 to its motion, is to be accepted for filing this date.  Plaintiff's Answer or other response to Wellspring's counterclaims is to be filed no later than July 3, 2006.