IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00161-PSF-PAC

A MAJOR DIFFERENCE, INC., a Colorado corporation,

      Plaintiff,

v.

WELLSPRING PRODUCTS, LLC, a Texas limited liability company, and
KINGSLEY OHENHEN, a Canadian individual,

      Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that A Major Difference, Inc's Motion for Leave to File its First Amended Complaint dated June 1, 2006 (doc. 35) is granted.  The Amended Complaint tendered June 1, 2006 is ordered filed on this date.

Dated:  July 11, 2006