IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00161-PSF-PAC

A Major Difference, Inc., a Colorado corporation,

    Plaintiff,

vs.

Wellspring Products, LLC, a Texas limited liability company; and
Kingsley Ohenhen, a Canadian individual,

    Defendants.

## STIPULATED DISMISSAL WITH PREJUDICE AND NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff and counter-defendant A Major Difference, Inc. ("AMD"), and defendant and counter-plaintiff Wellspring Products LLC ("Wellspring"), by and through their undersigned counsel, hereby voluntarily dismiss this action with prejudice as to the claims that AMD and Wellspring have asserted against each other. Further, Fed. R. Civ. P. 41(a)(1) states, in pertinent part, that "any action may be dismissed by the Plaintiff without order of the Court . . . by the filing of a Notice of Dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever occurs first. . . ." Defendant Kingsley Ohenhen ("Ohenhen") has not answered or moved for summary judgment in this action. Accordingly, the claims asserted by AMD against Ohenhen in this action may be dismissed upon AMD's filing of the present Notice of Dismissal without Court order.

A proposed order, should the Court require one, is attached.

s/ Dwayne K. Goetzel
Dwayne K. Goetzel
Texas State Bar No. 08059500
MEYERTONS, HOOD, KIVLIN,
  KOWERT & GOETZEL, P.C.
700 Lavaca, Suite 800
Austin, Texas  78701
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)
dgoetzel@intprop.com

**Attorneys for Defendant and Counter-Plaintiff Wellspring Products, LLC**

s/ Benjamin B. Lieb
Benjamin B. Lieb
Colorado State Bar No. 28724
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
(303) 863-9700 (telephone)
(303) 863-0223 (facsimile)
blieb@sheridanross.com

**Attorneys for Plaintiff and Counter-Defendant A Major Difference, Inc.**