IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00161-PSF-PAC

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

WELLSPRING PRODUCTS, LLC, a Texas limited liability company; and
KINGSLEY OHENHEN, a Canadian individual,

    Defendants.

## DISMISSAL ORDER

This Court, having considered the parties' Stipulated Dismissal With Prejudice and Notice of Dismissal (Dkt. # 48) filed pursuant to F.R.Civ.P. 41(a)(1), hereby

ORDERS that the Stipulated Dismissal and Notice of Dismissal is APPROVED, and this action is DISMISSED WITH PREJUDICE as to the claims that AMD and Wellspring have asserted against each other.  This action is DISMISSED WITHOUT PREJUDICE as to Defendant Kingsley Ohenhen.  Each party shall bear its own costs and attorney's fees.

    DATED:  July 14, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge